**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RICHARD ALLEN BELL *et al*                                                    PLAINTIFFS


V.                                    3:16CV00036 KGB/PSH

CRAIGHEAD COUNTY JAIL                                               DEFENDANT


## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker.   You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiffs Richard Allen Bell, Lakhraj Manohar, Tommy Moody, and Aaron E. Watson, all of whom were formerly held at the Craighead County Detention Facility, filed a *pro se* complaint (Doc. No. 1), pursuant to 42 U.S.C. § 1983, on February 1, 2016.

The $350.00 filing and $50.00 docketing fees were not paid, and only Manohar filed an application for leave to proceed *in forma pauperis*.  However, Manohar is ineligible for *in forma pauperis* status because he previously has had three complaints dismissed for failure to state a claim upon which relief may be granted, and he is a three striker within the meaning of the Prison

Litigation Reform Act ("PLRA").[1]

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  Manohar's ineligibility to proceed *in forma pauperis* has been previously recognized in this district.  *See Manohar et al v. Craighead County Jail*, ED/AR No. 3:16CV00018.  Additionally, Manohar's vague factual allegations do not support a finding that he was in imminent danger of serious physical injury when he filed the complaint.  Manohar's claims should therefore be dismissed for failure to pay the filing fee.

Mail sent to Bell, Moody, and Watson at their address of record at the Craighead County Detention Facility has been returned as undeliverable, and they have not updated their addresses.  Additionally, Bell, Moody, and Watson are not listed as current inmates on the Arkansas Department of Correction's public website.  Accordingly, their claims should be dismissed without prejudice for failure to pay the filing fee.[2]

IT IS THEREFORE RECOMMENDED THAT:

1.      Defendant Lakhraj Manohar's motion for leave to proceed *in forma pauperis* (Doc.

---

[1]*See Manohar v. Arkansas et al*, ED/AR No. 3:14CV00218, *Manohar v. Lyles et al*, ED/AR No. 3:14CV00240; *Manohar v. Hall*, ED/AR No. 3:14CV246.

[2]Although Manohar was held at the Craighead County Detention Center when the complaint was filed, he has since been released, and he notified the Court of his new address (Doc. No. 7).  Because the other plaintiffs have not updated their addresses, nothing would be gained by entering an order allowing them more time to pay the filing fee or file an *in forma pauperis* application.

No. 6) be DENIED, and plaintiffs' complaint be dismissed without prejudice for failure to pay the filing fee.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE