## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RICHARD ALLEN BELL *et al.*                                                    PLAINTIFFS

v.                                    Case No. 3:16-cv-00036-KGB

CRAIGHEAD COUNTY JAIL                                                          DEFENDANT

### ORDER

The Court has received the Proposed Findings and Recommendation ("Recommendation") filed by Magistrate Judge Patricia S. Harris (Dkt. No. 10).  No objections have been filed, and the time for filing objections has passed.  After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

It is therefore ordered that:

1.      The Court denies plaintiff Lakhraj Manohar's motion for leave to proceed *in forma pauperis* (Dkt. No. 6), and the Court dismisses without prejudice Lakhraj Manohar's complaint for failure to pay the filing fee.

2.      The Court dismisses without prejudice the claims of plaintiffs Richard Allen Bell, Tommy Moody, and Aaron E. Watson for failure to prosecute pursuant to Local Rule 5.5 and for failure to pay the filing fee or submit a completed application to proceed *in forma pauperis* .

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge