IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD ALLEN BELL,** *et al.*                                                               **PLAINTIFF**

**v.**                             **Case No. 3:16-cv-00036-KGB-PSH**

**CRAIGHEAD COUNTY JAIL**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge